FILED

# UNITED STATES DISTRICT COURT
for the

Western District of New York



MAR 2 5 2008

CLERK, US DISTRICT COURT, WDNY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ALFRED MARTIN | ) | Case No:  01-CR-6027 |
| | ) | USM No: |
| Date of Previous Judgment: June 16, 2003 | ) | M, Kirk Okay, Esq. |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons  x  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  70  months **is reduced to**  57 months  .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level:  33 | Amended Offense Level:  31 | |
| Criminal History Category:  II | Criminal History Category:  II | |
| Previous Guideline Range:  151  to  188  months | Amended Guideline Range:  121  to  151  months | |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
X Other (explain):    The Court previously granted a 7 level downward departure on a sentencing guideline of 151 to 188 months resulting in a sentencing guideline range of 70 to 87 months and sentenced defendant to 70 months. A comparable downward departure of 7 levels from a amended sentencing guideline range of 121 to 151 months to a sentencing guideline range of 57 to 71 months resulting in a sentence of 57 months.

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  6/16/03  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  March 24, 2008

_____
Judge's signature

Effective Date:  March 24, 2008
(if different from order date)

CHARLES J. SIRAGUSA, U.S. DISTRICT JUDGE
Printed name and title